ACCEPTED
15-24-00091-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 5:42 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00091-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 5:42:33 PM
CHRISTOPHER A. PRINE
Clerk

_In re Office of the Attorney General of the State of Texas_,
_Relator._

On Petition for Writ of Mandamus
to the 139th Judicial District Court, Hidalgo County

## NOTICE OF SUBSTITUTION
## OF LEAD COUNSEL

Please take notice that Johnathan Stone, Division Chief, representing the Office of the Attorney General of the State of Texas, is substituted for Matthew T. Kennedy as lead counsel on behalf of Appellant in the above-captioned cause. Mr. Stone's contact information is as follows:

Johnathan Stone
Division Chief
State Bar No. 24071779
Johnathan.Stone@oag.texas.gov
Office of the Attorney General
Consumer Protection Division
P. O. Box 12548 (MC-010)
Austin, Texas 78711-2548
Phone: (512) 936-2613
Fax: (512) 473-8301

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

/s/ *Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division
State Bar No. 24071779

/s/ Matthew T. Kennedy
Matthew T. Kennedy
Deputy Chief, Consumer Protection
State Bar No. 24092619

ROB FARQUHARSON
Assistant Attorney General
State Bar No. 24100550

DAVID SHATTO
Assistant Attorney General
State Bar No. 24104114

Consumer Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Johnathan.Stone@oag.texas.gov
matt.kennedy@oag.texas.gov

Rob.Farquharson@oag.texas.gov
David.Shatto@oag.texas.gov
Telephone: (512) 936-2613
Facsimile: (512) 473-8301

**ATTORNEYS FOR TEXAS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of January 2025, a copy of the foregoing document was served to all counsel of record in accordance with the Texas Rules of Civil Procedure.

/s/ *Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Johnathan Stone
Bar No. 24071779
pauline.sisson@oag.texas.gov
Envelope ID: 96380899
Filing Code Description: Other Document
Filing Description: 20250117 Substitution of Lead Counsel Stone
Status as of 1/21/2025 7:04 AM CST

Associated Case Party: Office of the Attorney General

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Levi Fuller | 24087548 | Levi.Fuller@oag.texas.gov | 1/17/2025 5:42:33 PM | SENT |
| Matthew Kennedy | 24092619 | matt.kennedy@oag.texas.gov | 1/17/2025 5:42:33 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 1/17/2025 5:42:33 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 1/17/2025 5:42:33 PM | SENT |
| Ryan Baasch | | ryan.baasch@oag.texas.gov | 1/17/2025 5:42:33 PM | SENT |

Associated Case Party: Catholic Charities of the Rio Grande Valley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Garza | 7731400 | dgarza@garzaandgarza.com | 1/17/2025 5:42:33 PM | SENT |
| Ben Gifford | | bg720@georgetown.edu | 1/17/2025 5:42:33 PM | SENT |
| Joseph Mead | | jm3468@georgetown.edu | 1/17/2025 5:42:33 PM | SENT |
| William Powell | | whp25@georgetown.edu | 1/17/2025 5:42:33 PM | SENT |
| Seth Wayne | | sw1098@georgetown.edu | 1/17/2025 5:42:33 PM | SENT |

Associated Case Party: J.R."Bobby"Flores

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cecilia Paz | | cecilia.paz@co.hidalgo.tx.us | 1/17/2025 5:42:33 PM | SENT |